| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Elizabeth L. Schilken (SBN 241231)<br>schilkene@ballardspahr.com<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067<br>Tel. (424) 204-4400<br>Fax: (424) 204-4350 | |
| ATTORNEY(S) FOR: | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff(s),<br>v.<br>AUDACY, INC., a Pennsylvania corporation, and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-08874-JAK-KS<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Audacy, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Audacy, Inc. | Defendant |
| CNA | Defendant's insurer |

December 10, 2021              /s/ Elizabeth L. Schilken
Date                           Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Audacy, Inc.

CV-30 (05/13)                  NOTICE OF INTERESTED PARTIES