1  Elizabeth L. Schilken (SBN 241231)
       *SchilkenE@ballardspahr.com*
2  **BALLARD SPAHR LLP**
   2029 Century Park East, Suite 1400
3  Los Angeles, CA 90067-2915
   Tel.: 424.204.4400; Fax: 424.204.4350
4
5  Attorneys for Defendant
   AUDACY, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUDACY, INC., a Pennsylvania corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-08874-JAK-KS<br><br>**SECOND STIPULATED REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: Nov. 10, 2021<br><br>Current Response Date: Feb. 21, 2022<br><br>Requested Response Date: Feb. 22, 2022 |

DMFIRM #401909827 v1

**SECOND STIPULATED REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

The parties hereto, through their respective counsel of record, stipulate as follows with respect to the following facts:

1. This action was commenced on November 10, 2021.

2. Defendant AUDACY, INC. ("Defendant") was served with the Complaint on November 30, 2021.

3. On December 10, 2021, Plaintiff BACKGRID USA, INC. ("Plaintiff") and Defendant filed with the Court a stipulated request to extend Defendant's deadline to respond to the Complaint to February 21, 2022 (Dkt. #14), which request was granted. (Dkt. #16).  Because the deadline falls on a legal holiday, Defendant desires an extension of time to February 22, 2022 to file its response. This is Defendant's second request for an extension of time to respond to the Complaint.

5. The parties hereto respectfully request that Defendant's deadline to answer or otherwise respond to the Complaint be extended to February 22, 2022.

Respectfully submitted,

DATED: February 17, 2022    ONE LLP

By: /s/ *Joanna Ardalan*
PETER R AFRASIABI
JOANNA ARDALAN
Attorneys for Plaintiff
BACKGRID USA, INC.

DATED: February 17, 2022    BALLARD SPAHR LLP

By: /s/ *Elizabeth L. Schilken*
ELIZABETH L. SCHILKEN
Attorneys for Defendant
AUDACY, INC.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

DMFIRM #401909827 v1                    1

**SECOND STIPULATED REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

**ECF ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED:   February 17, 2022        BALLARD SPAHR LLP


By:   /s/ *Elizabeth L. Schilken*
      ELIZABETH L. SCHILKEN
Attorneys for Defendant
AUDACY, INC.

DMFIRM #401909827 v1

2

**SECOND STIPULATED REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**