UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV21-08874 JAK (KSx) | Date | September 26, 2022 |
| Title | BackGrid USA, Inc. v. Audacy, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson-Terrell | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joanna Ardalan | Elizabeth Schilken |

**Proceedings:** **MOTION BY DEFENDANT AUDACY, INC., TO DISMISS PLAINTFF'S COMPLAINT FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE (DKT. 20)**

The motion hearing is held. The Court states its tentative views that it is inclined to permit jurisdictional discovery and defer a ruling on Defendant Audacy, Inc.'s Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction and/or Improper Venue (the "Motion" (Dkt. 20)) pending the completion of jurisdictional discovery. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

Counsel shall meet and confer and, on or before October 5, 2022, file a joint report regarding their respective and/or collective positions on the focused jurisdictional discovery that should proceed, and whether any discovery that is disputed may also be relevant to the substantive claims in the matter. Counsel shall also include in the report their respective and/or collective views on how long jurisdictional discovery will take to complete.

The Court inquires whether any settlement efforts at this time would be productive. On or before October 6, 2022, the parties shall file a joint report stating their collective and/or respective positions regarding whether it would be productive for them to participate in formal settlement proceedings and, if so, when. The parties shall also address whether that process should be conducted by a Magistrate Judge, a member of the ADR panel, or a private neutral. If the parties agree to mediate before a private neutral, but are unable to agree on one, each side shall submit three nominees to the Court that include the nominee's c.v. and rates. The Court will then select a private neutral from the six nominees based on a review of the joint report.

**IT IS SO ORDERED.**

| | : | 23 |
|---|---|---|
| Initials of Preparer | TJ | |