1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BACKGRID USA, INC., a California corporation, | No. 2:21-cv-08874-JAK-KS |
|---|---|
| Plaintiff, | **ORDER RE STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE (DKT. 37)** |
| v. | |
| AUDACY, INC., a Pennsylvania corporation; and DOES 1-10, inclusive, | |
| Defendant. | |

1

Based on a review of the Stipulated Request to Modify Briefing Schedule (the "Stipulation" (Dkt. 37)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED IN PART**, with additional time provided as follows:

Plaintiff's Supplemental Brief following the completion of jurisdictional discovery shall be filed at any time on or before December 30, 2022, and Defendant may file a reply at any time on or before January 9, 2023. The December 9, 2022 deadline to complete jurisdictional discovery and all requirements set forth in the Court's Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  November 29, 2022  _____

John A. Kronstadt
United States District Judge