Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUDACY, INC., a Pennsylvania corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-08874-JAK-KS<br>Hon. John A. Kronstadt<br><br>**JOINT REQUEST FOR RULING REGARDING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Complaint Filed: November 10, 2021 |

1     Whereas the Court heard Defendant Audacy, Inc.'s motion to dismiss on September 26, 2022.

    Whereas, the Court ordered that the parties engage in limited discovery and submit joint statements on their positions after discovery per the Court's November 9, 2022 Order (Dkt. 36), which was modified by the Court's November 29, 2022 Order (Dkt. 38). The Parties provided their supplemental briefs pursuant to the November 29, 2022 Order. Plaintiff filed a brief on December 30, 2022; Defendant filed a response brief on January 9, 2023.

    Whereas the Court has not issued its order on Defendant's motion to dismiss for lack of personal jurisdiction.

    Pursuant to Local Rule 83-9.2, the Parties jointly request that the Court make a decision on this motion without further delay. As required by the Local Rules, a copy of this request has been sent to the Chief Judge by mail.

Dated: June 13, 2023        **ONE LLP**

By: /s/ Joanna Ardalan
     Joanna Ardalan
     Peter R. Afrasiabi

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

Dated: June 13, 2023        **BALLARD SPAHR LLP**

By: /s/ Thomas B. Sullivan
     Elizabeth L Schilken
     Thomas B. Sullivan (*Pro Hac Vice*)

*Attorneys for Defendant,*
Audacy, Inc.